JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN MICHAEL PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00071 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; [PROPOSED] ORDER |
| v. ) | |
| ) | |
| STEVEN MICHAEL PERRY, ) | |
| ) | Date: March 26, 2013 |
| Defendant. ) | Time: 2:30 p.m. |
| ) | Judge: Hon. Jennifer L. Thurston |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 12, 2013 at 2:30 p.m., **may be continued to March 26, 2013 at 2:30 p.m. before Magistrate Judge Jennifer L. Thurston.**

This continuance is at the request of counsel for defendant Steven Perry who lives in Bishop, California, several hours from court, and is suffering from end stage cardiomyopathy, is likely to undergo heart surgery and has been advised not to travel. This continuance will conserve time and resources for both parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 11, 2013                By:    */s/ Laurel J. Montoya*
                                                                 LAUREL J. MONTOYA
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff

                                                                   JOSEPH SCHLESINGER
                                                                   Acting Federal Defender

DATED: February 11, 2013                By:    /s/ *Ann H. McGlenon*
                                                                   ANN H. MCGLENON
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   STEVEN MICHAEL PERRY

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated: **February 11, 2013**                                          **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE