| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692<br>Acting Federal Defender |
| 2 | ANN H. MCGLENON, Bar #100433<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>STEVEN MICHAEL PERRY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00071 LJO |
| | ) | |
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| STEVEN MICHAEL PERRY, | ) | |
| | ) | Date:  April 30, 2013 |
| *Defendant.* | ) | Time:  2:30 p.m. |
| | ) | Judge: Hon. Jennifer L. Thurston |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 26,  2013 at 2:30 p.m., **may be continued to April 30, 2013 at 2:30 p.m. before Magistrate Judge Jennifer L. Thurston.**

This continuance is at the request of counsel for defendant Steven Perry who lives in Bishop, California, several hours from court, and is suffering from end stage cardiomyopathy, is likely to undergo heart surgery and has been advised not to travel.  This continuance will conserve time and resources for both parties and the court.

///

///

1

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 | preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: March 20 2013                      By:   */s/ Laurel J. Montoya*
                                                          LAUREL J. MONTOYA
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                          JOSEPH SCHLESINGER
                                          Acting Federal Defender

DATED: March 20, 2013                    By:   /s/ *Ann H. McGlenon*
                                                         ANN H. MCGLENON
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         STEVEN MICHAEL PERRY

## O R D E R

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS** the hearing ) on the petition alleging violation of the supervised release (Doc. 75) is continued to **April 30, 2013 at 2:30 p.m.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **March 20, 2013**                                       **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE