JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN MICHAEL PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00071 LJO |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| STEVEN MICHAEL PERRY, | ) | |
| | ) | Date: May 21, 2013 |
| Defendant. | ) | Time: 2:30 p.m. |
| | ) | Judge: Hon. Jennifer L. Thurston |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for April 30, 2013 at 2:30 p.m.,

**may be continued to May 21, 2013 at 2:30 p.m. before Magistrate Judge Jennifer L. Thurston.**

This continuance is at the request of counsel for defendant Steven Perry who lives in Bishop,

California, several hours from court, and is suffering from end stage cardiomyopathy, and has been

advised not to travel. The USPO has been unable to determine options for Mr. Perry. This continuance

will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

///

BENJAMIN B. WAGNER
United States Attorney

DATED: April 29, 2013        By:    /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

DATED: April 29, 2013        By:    /s/ Ann H. McGlenon
                                    ANN H. MCGLENON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STEVEN MICHAEL PERRY




**O R D E R**

Based upon the foregoing the Court **ORDERS:**

1.  The supervised release violation hearing is continued from April 30, 2013 at 2:30 p.m. to **May 21, 2013** at 2:30 p.m.;

2.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).


IT IS SO ORDERED.

Dated:   **April 29, 2013**                        /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE