IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:06-CR-00071 LJO |
| vs. | ) | ORDER OF RELEASE |
| STEVEN MICHAEL PERRY, | ) | |
| Defendant. | ) | |

The above named defendant has admitted to Charge 1 of the violation petition signed on 1/18/2013. Sentencing is scheduled for August 12, 2013 at 8:30am. All parties are in agreement for the defendant to reside at Westcare pending sentencing,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, July 23, 2013 to Probation Officer Hill and he will transport Steven Michael Perry to Westcare Residential Drug Treatment Program.

IT IS SO ORDERED.

Dated: __July 19, 2013__   ____/s/ Lawrence J. O'Neill____
UNITED STATES DISTRICT JUDGE

1