HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
STEVEN MICHAEL PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00071 LJO |
| *Plaintiff*, | |
| vs. | **STIPULATION RE SENTENCING AND ORDER** |
| STEVEN MICHAEL PERRY, | |
| *Defendant*. | JUDGE: Hon. Lawrence J. O'Neill |

### *Background*

On July 8, 2013, Steven Perry admitted the charge contained in Count One of the Petition signed January 18, 2013. Mr. Perry had been ordered detained on May 21, 2013 and had been in continuous custody since that date. On July 19, 2013 this Court ordered him released to Westcare on July 23, 2013.

Since Mr. Perry has completed Westcare and is in compliance with continued treatment and testing near his home in Bishop, CA, it is hereby stipulated that he be sentenced to time served for this violation with all previously ordered terms and conditions in continuing effect. No appearance is necessary.

///

-1-

|                           |     | Respectfully submitted,                                                                 |
|---------------------------|-----|-----------------------------------------------------------------------------------------|
|                           |     | BENJAMIN B. WAGNER<br>United States Attorney                                            |
| DATED: November 20, 2013  | By: | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|                           |     | HEATHER E. WILLIAMS<br>Federal Defender                                                 |
| DATED: November 20, 2013  | By: | */s/ Ann H. McGlenon*<br>ANN H. McGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVEN MICHAEL PERRY |

## **O R D E R**

Steven Perry is sentenced to time served for his violation, with all previous orders continuing. No appearance is required.

IT IS SO ORDERED.

Dated: **November 20, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE